Channing J. Hartelius
HARTELIUS LAW CENTER, PLLP.
401 3rd Ave. North
P.O. Box 1024
Great Falls, MT 59403
Telephone (406) 788-0035
Facsimile: (406) 761-3856
Email: channing@harteliuslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LANETTE PERKINS,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., STORE NO. 7199, JOHN DOES 1-5.<br><br>Defendants. | CAUSE NO.: CV-21-71-GF-BMM-JTJ<br><br>**COMPLINAT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Lanette Perkins, and for her Complaint, alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff, at all times relevant to this litigation, was a resident of Cascade County, Montana.

2. The court has jurisdiction in that the Defendant Walmart Stores, Inc., (Hereinafter Walmart) is an out of state insurance company and the claim exceeds $75,000.00.

3. Defendants John Does 1 through 5, are unknown to Plaintiff, at this time, but may be liable for the damages to the Plaintiff. When the Plaintiff has more information a motion to add parties will be made.

**NEGLIGENCE,**

4. Plaintiff realleges the allegations contained in paragraphs 1 through 3.

5. On August 3, 2020, Plaintiff Lanette Perkins was severely injured when she entered the Walmart store located at 5320 10th Ave South in Great Falls, Montana. As she attempted to get a shopping cart, a Walmart employee operating a motorized cart devise slammed her carts in from the opposite direction smashing Lanette's right arm between carts.

6. As a result of the Walmart Employee's negligence, Lanette incurred severe injury to her arm.

7. Walmart was notified of the incident and a report was taken by the assistant manager.

8. Plaintiff Lanette was an invited guest on the Walmart Store property.

9. Walmart was negligent in that its employee did not look for customers in the cart area before slamming her carts in causing a danger to customers.

10. Walmart was negligent in failing to act in a reasonably safe manner which caused an unsafe condition.

11. Plaintiff Lanette Perkins was severely injured as a result of the incident.

12. As a result of her injuries, Plaintiff Lanette has incurred medical bills, loss of income and earning potential, pain and suffering, emotional distress, has had her course of life altered, and has had her enjoyment of life diminished.

**Wherefore, Plaintiffs Pray:**

1. For an award for all general and special damages to be decided by a jury;
2. For costs and attorney fees; and
3. For all other relief the Court deems appropriate.

**JURY DEMAND**

Plaintiff demands a trial by jury.

DATED this ____ day of June, 2021.

_____
Hartelius Law Center, PLLP
By: Channing J. Hartelius