# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | | |
|---|---|---|
| LANETTE PERKINS, | * | |
| | * | Cause No. CV-21-71-GF-BMM |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| WALMART STORE, INC., No. 7199 | * | **ORDER OF DISMISSAL WITH** |
| JOHN DOES 1-5 | * | **PREJUDICE** |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

Pursuant to the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 19th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court